**FILED**

AUG - 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

WALTER LEE,                            ) U.S. Senator Harry Reid, (D-NV)
                                       ) U.S. Rep. Nancy Pelosi, (D-CA)
    Plaintiff,          ) U.S. Attorney Gen. Alberto Gonzales
v.                                     ) Civil Action No. 03-2189
                                       ) Submitted for filing on 2 Jul 07
UNITED STATES CONGRESS,                ) via 1st Class U.S. Mail
                                       ) Public Trial by Jury Demanded
    Defendant.          )

Case: 1:07-mc-00315
Assigned To : Unassigned
Assign. Date : 8/8/2007
Description: Miscellaneous

## PETITION TO BE REHEARD

On 8 May 07, a U.S. District Judge whose signature is illegible dismissed this civil claim without prejudice, without citing any deficiencies in the claim, or the law(s) or rule(s) upon which such dismissal is based upon. Since the claim was dismissed without prejudice I concluded it would be prudent to request competent legal counsel IAW Federal Law 28 USC 1915(e)(1) to assist me.

On 21 May 07, I submitted an emergency petition for competent legal counsel in this civil matter.

On 7 Jun 07, a clerk whose name is illegible signed a letter on behalf of another clerk by the name of Nancy Meyer-Whittingham. These two clerks state judge Kennedy, presumably Henry H. Kennedy, Jr., endorsed their decision to refuse to file my petition for competent legal counsel.

This letter dated 7 Jun 07, is postmarked 15 Jun 07, and I received it via 1st Class U.S. Mail on 19 Jun 07. Now, consider the language in the letter signed by a clerk on behalf of another clerk.

"Dear Mr. Lee

In the above entitled case, please be advised that on 6/7/07 Judge Kennedy endorsed thereon as follows:

### "Leave to file is DENIED."

As a result of the Judge's ruling, your document has not been filed with our Court and a copy is being returned to you at this time. Thank you.

          By NANCY MEYER-WHITTINGHAM

          /s/clerk's signature"

When endorse means that judge Kennedy's ruling was not in the dismissal of this civil claim, but in support and approval of the clerk's dismissal of this claim, then this represents a clear violation of my 1st, 5th and 7th Amendment civil rights to petition the government for the redress of a grievance in order to receive due process of law in a public trial by jury. Clearly, due process includes my right to go before a judge or judges who possess the judicial power and authority IAW Article III of the U.S. Constitution to rule in my particular case and or controversy and when seeking monetary damages in excess of $20.00 my right to a jury trial is guaranteed. Also, I have the right to petition the government for the redress of a grievance w/o asking permission as IAW Article IV, Sec. 4, et al, as a U.S. Citizen of the United States of America, I am sovereign!

IAW Article III of the U.S. Constitution, the judicial power of the United States (We the People) is vested in a supreme court and inferior courts created by Congress. The legal definition of a court is "a governmental body consisting of one or more judges who sit to adjudicate disputes and administer justice." This proves that clerks do not possess the judicial power, or authority to sit in judgment of this or any other case or controversy. Therefore, when this letter is signed by a clerk on behalf of another clerk it lacks the Constitutional Authority to be recognized as anything other than the willful/wanton commission of a conspiracy to obstruct the due administration of justice.

IAW Article III of the U.S. Constitution the judges both of the supreme and inferior Courts shall hold their Offices during good Behavior. The legal definition of sitting in good behavior is the standard of conduct by which a (federal) judge is considered fit to continue their tenure in office.

When U.S. District Judge Henry W. Kennedy, Jr., is on record as endorsing the violation of my 1st, 5th and 7th Amendment rights, U.S. commerce Laws, U.S. criminal law, and Rule 1 & 4.1(m) of the FRCP, et al, this becomes evidence of U.S. District Judge Henry W. Kennedy, Jr., aiding the facilitation and accomplishment of the commission of the high crime of obstruction of justice.

IAW Article II, Sec. 4, The President, Vice President and all civil Officers of the United States shall be removed from Office on Impeachment for and Conviction of, Treason, Bribery, or other high crimes and misdemeanors. The Congress set a precedent in an impeachment proceeding that obstruction of justice by the President, Vice President, and all civil Officers of the United States, which includes all federal justices, and judges is a high crime and an Impeachable Offense.

IAW Article I, Sec. 2, cl 5, and Article I, Sec. 3, cl 6, the U.S. House of Representative and the U.S. Senate has sole power of, and to try all impeachments. Therefore, when there is evidence of an impeachable offense being committed by a federal judge, the next appropriate step for me to take would be to inform the U.S. Senate Leader and Speaker of the U.S. House of Representatives

IAW Article II, Sec. 4, a judge is no longer sitting in good behavior IAW Article III, Sec. 1, when guilty of a high crime. The commission of a high crime is conclusive proof of the violation of the standard of conduct by which a judge is considered fit to continue their term in office. In the case of judge Henry W. Kennedy, Jr., its clear that he is a graduate of Princeton University, and received his J.D. from the Harvard School of Law. Therefore, judge Henry W. Kennedy, Jr., can not feign ignorance of the law, and must be fully aware of the fact that he does not possess the Constitutional Authority, or Power in the U.S. Constitution, or in U.S. Law made pursuant thereof to delegate the Article III judicial powers of ruling in a case and or controversy to a clerk.

IAW FRCP 1 (Scope and Purpose of Rules) These rules govern the procedure in the United States district courts in all suits of a civil nature whether cognizable as cases at law or in equity or in admiralty, with the exceptions stated in Rule 81. They shall be construed and administered to secure the just, speedy, and inexpensive determination of every action. Based upon this rule it is clear that rules have been put in place in order to administer and secure the just, speedy, and least expensive determination of every action. The court order dated 8 May 07, and the clerk's letter do not secure the just, speedy, and inexpensive determination of the merits of this civil claim.

IAW FRCP 4.1(m) (TIME LIMIT FOR SERVICE) If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period. Clearly, the U.S. Government has committed plain Constitutional Error when the justification that the U.S. Government relies on for dismissing this claim is Rule 4.1(m).

In order for the U.S. Government to dismiss this civil claim IAW Rule 4.1(m), it is clear that the U.S. Government upon motion or on its own initiative AFTER NOTICE TO THE PLAINTIFF shall dismiss the action without prejudice as to the defendant or direct that service be effected within a specified time. The U.S. Government never issued notice, which is required prior to the dismissal of this civil claim, and therefore is in clear violation of my rights to due process of law.

There is no provision in Constitutional Law, or citation of U.S. Law that supports a U.S. Citizen having to seek permission from a clerk in order to exercise their 1st Amendment Civil Right. For this cause, being reminded that the purpose and scope of the FRCP is to secure the administration of justice, i.e., the fair and proper administration of the laws in a speedy and inexpensive manner, I am going to resubmit my petition for competent legal counsel to assist me in this civil claim.

For purposes of clarity, and based upon the language of the court order file dated 8 May 07, the subsequent letter issued by two clerks that possesses no file number, the date it was signed, or the signature of an article III U.S. District judge, and the fact that a copy of this petition will be sent to U.S. Senate Leader Harry Reid, (D-NV), and the Speaker of the U.S. House of Representatives Nancy Pelosi, (D-CA), due to the commission of impeachable offenses, and the legislative oversight responsibilities of the Congress over the judiciary IAW the aforementioned provisions in the U.S. Constitution and IAW Federal law 2 USC 190(d), et al, in the event that my petition for competent legal counsel is again denied by a judge or clerk, I request a copy of the following:

(1) A Copy of the original complaint that was filed as Lee v. U.S. Congress, No. 03-2189.
(2) A Copy of the ruling from judge Kennedy that endorses the letter of these two clerks.
(3) A Copy of the law(s), rule(s) or other grounds the dismissal of this civil claim is based upon.
(4) A Copy of the law(s), rule (s) or other grounds supporting two clerks dismissing this claim.
(5) A Copy of the local rules of the court.
(6) Three summons, and three waivers in order to save the tax paying citizens money.

Mr. Walter Lee, Pro se
P.O. Box 92
Warsaw, VA  22572

Copies To:  U.S. Senator Harry Reid, (D-NV)
            U.S. Representative Nancy Pelosi, (D-CA)
            U.S. Attorney General Alberto Gonzales


## FOR THE RECORD I AM SEEKING THE FOLLOWING REMEDIES IN LIEU OF CONTINUAL LITIGATION

1. Entitled Disability Benefits from the District of Columbia, et al.
2. The Restoration of my Civil Rights from the Commonwealth of Virginia, et al.
3. Monetary Restitution from the U.S., Commonwealth of VA and District of Columbia
4. Or a justice of the U.S. Supreme Court, or District or Appellate judge prepared to testify under penalty before Congress why I am not entitled to the relief that I am seeking.

Mr. Walter Lee, Pro se