FILED

AUG - 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WALTER LEE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES CONGRESS, )<br>)<br>Defendant. )<br>) | Misc. No. 07-315 |

## ORDER

It is hereby

ORDERED that Plaintiff's "Petition To Be Reheard" is DENIED. By Order of May 7, 2002, Plaintiff was enjoined from filing new civil lawsuits without leave of court and further the Clerk of Court was ordered not to accept from Plaintiff a complaint that does not include the separate written certification described therein. *Lee v. Congress of the United States*, No. 02-0048 (UNA) (D.D.C. May 7, 2002) (injunction order). Neither the instant Petition nor the papers endorsed "Leave to file DENIED" on June 7, 2007 comply with the terms of Court's May 7, 2002 Order.

SO ORDERED.

/s/ 
United States District Judge

Date: 7 Aug 2007